UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

**IN RE: DEIDRE MITCHELL**

Case Number 16-46065
Chapter 13
Judge TUCKER

Debtor.

ORDER CONFIRMING PLAN
And LIFTING STAY AS TO FORD CREDIT AS TO 2015 FORD TAURUS

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

**IT IS FURTHER ORDERED that the claim of MARK P. MCLOUGHLIN** attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,500 in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: $ 3,500 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

The Debtor shall remit 100% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

Debtor shall remit 100% of all profit sharing or bonuses received during the Plan.
Unsecured creditors to be paid no less than $375.
Debtor shall file an amended Schedule I and J within 30 days of securing a tenant for 18929 Rosemont, Detroit, MI.
Plan payments shall be $138.43 weekly effective 9-22-16

The stay is lifted and debtor shall surrender to Ford Credit the 2015 Ford Taurus pursuant to the Order Lifting Stay of 8-12-16 docket #33.

APPROVED

/s/ Mark McLoughlin

_/s/ Tammy L Terry_____

TAMMY TERRY : P29266
CHAPTER 13 TRUSTEE Attorney for Debtor
535 GRISWOLD STE 2100 211 W Fort St #1616
DETROIT MI 48226 Detroit MI 48226
313 962 9798
fax at 962 6164
mcloughlin.law@gmail.com

Objections withdrawn:
/s/ Shakeena Melbourne

_____
For creditor: Ford Credit

:   .

**Signed on September 29, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker