# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# AT DETROIT

IN RE:                                                        Case No. 16-46065-tjt

Deidra Mitchell                               Chapter 13
  *fdba* Making a Difference

Debtor.                                                 Judge Thomas J. Tucker

---

### ORDER GRANTING STIPULATION FOR CONTINUATION OF THE AUTOMATIC STAY AS TO PLATINUM HOME RETENTION, LLC AND PROPERTY KNOWN 14430 WARWICK ST, DETROIT, MI 48223 WITH CONDITIONS

---

    **IT IS HEREBY ORDERED** that the Stipulation for Continuation of the Automatic Stay as to Platinum Home Retention, LLC with the following Conditions regarding the real property located at 14430 Warwick St, Detroit, MI 48223 is **GRANTED**.

    This matter having come before the Court upon the Motion for Relief from Stay (Doc. 48) filed herein by the secured creditor, Platinum Home Retention, LLC ("Creditor"), and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Creditor:

1. In breach of the terms of said Agreement for Deed (Land Contract) and Promissory Note, the Debtor failed to provide Proof of Insurance which names Platinum Home Retention, LLC as an additional insured. Additionally, there are fees and costs due and owing in the amount of $400.00 and $181.00 for a total of $581.00.

2. In order to reimburse Creditor for the fees and costs incurred in having to file this motion, the Debtor hereby agrees to pay Creditor and Creditor hereby agrees to accept in the form of certified funds the following lump sum payments:

   a. $116.20 on or before May 1, 2017
   b. $116.20 on or before June 1, 2017
   c. $116.20 on or before July 1, 2017
   d. $116.20 on or before August 1, 2017
   e. $116.20 on or before September 1, 2017

3. In the event that said Debtor should fail to make any of the lump sum payments herein described on or before their specified due dates, or should she fail to maintain insurance on the Real Estate then, or in either of those events, Creditor shall give ten (10) days notice to Debtor's counsel and to the Debtor; and thereafter Creditor shall file with the Court an affidavit certifying that the Debtor is in default under the terms of this

Stipulation and upon submission of such affidavit, the Court shall enter an order, without hearing, providing Creditor with relief from stay and abandonment.

.

**Signed on March 17, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge